IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:15-CR-00180 |
| | * | |
| | * | 26 U.S.C. § 7206(1) |
| VERSUS | * | False Income Tax Return |
| | * | |
| | * | JUDGE HICKS |
| RICHARD Z. JOHNSON, JR. | * | MAGISTRATE JUDGE HORNSBY |

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

<u>Count One</u>
Making and Subscribing a False Income Tax Return
26 U.S.C. § 7206(1)

On or about May 17, 2012, in the Western District of Louisiana, RICHARD Z. JOHNSON, JR., a resident of Desoto Parish, Louisiana, did willfully make and subscribe a United States Individual Income Tax Return for January 1 to December 31, 2011, which was verified by a written declaration that it was made under penalties of perjury, and which he did not believe to be true and correct as to every material matter. The above-described tax return, which was prepared and signed in the Western District of Louisiana and was filed with the Internal Revenue Service, reported a total income of $126,197, whereas, as he then and there knew and believed, he had additional income during calendar year 2011 in the amount of $78,717.

All in violation of Title 26, United States Code, Section 7206(1). [26 U.S.C. 7206(1)]

STEPHANIE A. FINLEY
United States Attorney

*[signature]*

WILLIAM J. FLANAGAN
Assistant U.S. Attorney
Louisiana Bar No. 05603
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600
William.Flanagan@usdoj.gov

*[signature]*

SETH D. REEG
Assistant U.S. Attorney
Alabama Bar No. ASB-3634-E63R
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600
Seth.Reeg@usdoj.gov